FILED
2017 Aug-10 AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN CHRISHON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action Number ) 2:16-cv-01081-AKK-JEO |
| BIRMINGHAM CITY POLICE DEPARTMENT, *et al.*, | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

John Chrishon filed this action against the Birmingham City Police Department, Chief A.C. Roper, and "Stg. [*sic*] Name Unknow[n]," alleging that these defendants "wrongfully charge[d]" and incarcerated him for leaving the scene of an accident. Doc. 8 at 3–4. On July 10, 2017, the magistrate judge entered a report, recommending that this court dismiss Chrishon's claims without prejudice for failure to state a claim upon which relief can be granted. *See* doc. 9. Although the magistrate judge advised Chrishon of his right to file specific, written objections to the report within fourteen days, *id.* at 15, Chrishon has not filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the file, including the Report and Recommendation, the court concludes that the magistrate judge's report is due to be **ADOPTED**, and his recommendation

**ACCEPTED**. Accordingly, Chrishon's claims are due to be dismissed without prejudice. The court will enter an order of final judgment contemporaneously herewith.

**DONE** the 10th day of August, 2017.

                                                                                              _____
                                                                                  **ABDUL K. KALLON**
                                                         UNITED STATES DISTRICT JUDGE